IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:<br><br>KEVIN GEORGE SMITH<br>and SARAH BETH SMITH,<br>    Debtors, | Chapter 7 Bankruptcy<br>Case No. 24-00638 |
| RENEE HANRAHAN, in her sole capacity as Trustee,<br><br>    Plaintiff,<br><br>Vs.<br><br>CRAIG ABRAHAM,<br><br>    Defendant. | Adversary Case No. 24-09068<br><br>NOTICE OF APPEARANCE |

COMES NOW, the undersigned, Attorney Eric J. Langston, and does hereby enter his appearance in the above-captioned matter on behalf of the Defendant, Craig Abraham.

Respectfully submitted,

AEGIS Law,

*Eric J Langston*

Eric J. Langston, AT0014001
Mailing:  601 S. Lindbergh Blvd.
          Frontenac, MO 63131
Physical:  222 Third Ave. SE
          Suite 501, Office 6
          Cedar Rapids, IA 52401
(319) 435-9793, Fax: (314) 454-9110
elangston@aegislaw.com
          Attorney for Defendants

**Certificate of Service**
I certify that I caused the foregoing to be filed with the EDMS on January 3, 2025, and mailed, as necessary to those parties not registered with EDMS, via USPS first-class, postage fully prepaid.

*Eric J Langston*