tschedo 8/2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Kevin George Smith and Sarah Beth Smith
Debtor

_____

Renee K. Hanrahan
Plaintiff

vs.

Craig Abraham
Defendant

Chapter 7

Bankruptcy No. 24–00638

Adversary No. 24–09068

## ORDER SETTING TELEPHONIC SCHEDULING CONFERENCE

To:
Eric W. Lam, Attorney for Plaintiff         319–366–7641
Eric J. Langston, Attorney for Defendant    319–435–9793
United States Trustee

**IT IS ORDERED** that a telephonic scheduling conference will be held on:

*February 7, 2025 at 10:30 AM*

All parties shall be prepared and available at the above date and time to accept a telephone call. The call shall be placed by Attorney for Plaintiff. The telephone number for Chambers is 319–286–2230.

Prior to the date set for the conference, counsel shall, pursuant to Federal Rule of Civil Procedure 26(f), confer as to the nature and basis of their claims and defenses, make or arrange for disclosures required by Federal Rule of Civil Procedure 26(a)(1), develop a discovery plan and discuss the possibility of a prompt settlement or resolution of the case. Except as limited by Federal Rule of Civil Procedure 30(a), the parties may engage in discovery before the scheduling conference. The parties shall also discuss any issues about preserving, disclosing, and discovering electronically stored information.

Counsel shall orally report the discovery plan to the Court at the scheduling conference.

At the scheduling conference, counsel shall be prepared to discuss the merits of claims and defenses. At the scheduling conference, the Court may consider any motion filed and served at least 14 days prior to the conference.

Ordered: January 3, 2025

Thad J. Collins
Chief Bankruptcy Judge