United States Bankruptcy Court

Northern District of Iowa

Hanrahan,
    Plaintiff

Abraham,
    Defendant

Adv. Proc. No. 24-09068-TJC

# CERTIFICATE OF NOTICE

District/off: 0862-1      User: admin      Page 1 of 1
Date Rcvd: Jan 03, 2025      Form ID: tschedo      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | Renee K. Hanrahan, PO Box 1088, Cedar Rapids, IA 52406-1088 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eric J. Langston | on behalf of Defendant Craig Abraham elangston@aegislaw.com ericlangston357.gmail.com@recap.email |
| Eric W. Lam | on behalf of Plaintiff Renee K. Hanrahan ELam@simmonsperrine.com kcarmichael@SPMBLAW.com |
| United States Trustee | USTPRegion12.CR.ECF@usdoj.gov |

TOTAL: 3

tschedo 8/2022

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

In Re:

Kevin George Smith and Sarah Beth Smith
Debtor

_____

Chapter 7

Bankruptcy No. 24−00638

Renee K. Hanrahan
Plaintiff

vs.

Craig Abraham
Defendant

Adversary No. 24−09068

## ORDER SETTING TELEPHONIC SCHEDULING CONFERENCE

To:
Eric W. Lam, Attorney for Plaintiff                                    319−366−7641
Eric J. Langston, Attorney for Defendant                      319−435−9793
United States Trustee

**IT IS ORDERED** that a telephonic scheduling conference will be held on:

*February 7, 2025 at 10:30 AM*

All parties shall be prepared and available at the above date and time to accept a telephone call. The call shall be placed by Attorney for Plaintiff. The telephone number for Chambers is 319−286−2230.

Prior to the date set for the conference, counsel shall, pursuant to Federal Rule of Civil Procedure 26(f), confer as to the nature and basis of their claims and defenses, make or arrange for disclosures required by Federal Rule of Civil Procedure 26(a)(1), develop a discovery plan and discuss the possibility of a prompt settlement or resolution of the case. Except as limited by Federal Rule of Civil Procedure 30(a), the parties may engage in discovery before the scheduling conference. The parties shall also discuss any issues about preserving, disclosing, and discovering electronically stored information.

Counsel shall orally report the discovery plan to the Court at the scheduling conference.

At the scheduling conference, counsel shall be prepared to discuss the merits of claims and defenses. At the scheduling conference, the Court may consider any motion filed and served at least 14 days prior to the conference.

Ordered: January 3, 2025                                        Thad J. Collins
                                                                            Chief Bankruptcy Judge